E-SERVED
12/09/04
05:34 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to the Following Cases:**

| | |
|---|---|
| **OTIS SMITHE,** *Plaintiff,* v. **BAYER CORPORATION, et al.,** *Defendants.* | Case No. 01-CV-2384 |
| **SUSAN CORASIO,** *Plaintiff,* v. **BAYER AG, et al.,** *Defendants.* | Case No. 01-CV-2385 |
| **ARMIN GLUCK, et al.,** *Plaintiffs,* v. **BAYER CORPORATION, et al.,** *Defendants.* | Case No. 02-CV-2981 |
| **EVO ROY, et al.,** *Plaintiffs,* v. **BAYER AG, et al.,** *Defendants.* | Case No. 03-CV-2037 |
| **COURTNEY MASON,** *Plaintiff,* v. **BAYER CORPORATION, et al.,** *Defendants.* | Case No. 03-CV-5367 |

E-SERVED 12/09/04 05:34 PM ET Baycol MDL 1431

| | |
|---|---|
| **DEBRA CARALUZZI, et al.,**<br>*Plaintiffs,*<br>v.<br>**BAYER A.G., et al.,**<br>*Defendants.* | Case No. 03-CV-5990 |
| **MARY ANTEZZO,**<br>*Plaintiff,*<br>v.<br>**BAYER CORPORATION,**<br>*Defendant.* | Case No. 03-CV-5991 |
| **ANTHONY OLIVERI,**<br>*Plaintiff,*<br>v.<br>**BAYER CORPORATION, et al.,**<br>*Defendants.* | Case No. 04-CV-0702 |
| **MICHAEL GRABER,**<br>*Plaintiff,*<br>v.<br>**BAYER AG, et al.,**<br>*Defendants.* | Case No. 04-CV-4592 |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION**

Pursuant to Local Rule 83.7(b), Kevin P. Dean hereby gives notice of his withdrawal of appearance on behalf of Bayer Corporation and Bayer AG in the above-referenced cases. The reason for this withdrawal is that the undersigned will be leaving the firm of Wiggin and Dana LLP on December 3, 2004. Attorneys Shaun S. Sullivan and Alan G. Schwartz have previously filed appearances in these matters on behalf of Bayer Corporation and Bayer AG, and will continue to act as counsel on their behalf.

E-SERVED
12/09/04
05:34 PM ET
Baycol MDL 1431

Dated: December 1, 2004.

Respectfully submitted,

Kevin P. Dean (ct 20422)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
Telephone: (203) 498-4400
Fax: (203) 782-2889
kdean@wiggin.com

\15201\1\502256.1

E-SERVED
12/09/04
05:34 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

I, Laurie Kelly, certify that a true and correct copy was electronically served to counsel of record via Verilaw on December 9, 2004.

Laurie Kelly