E-SERVED 08/04/05 05:58 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | : | |
| *Otis Smithe, et al. v. Bayer Corp., et al.* | : | Case No. 01-2384 |

**DEFENDANTS' NOTICE OF MOTION**
**AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants Bayer Corporation and Bayer AG ("Bayer") move the Honorable Michael J. Davis, United States District Court, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota, to dismiss the claims of Plaintiff Otis Smithe from the above-captioned action on the ground that the plaintiff is deceased and no motion to substitute parties was filed within the 90 days as required by Federal Rule of Civil Procedure 25(a)(1). Therefore, the Court should dismiss this action as to the deceased party. This motion is supported by the attached Memorandum, and all files, papers, and proceedings herein.

Dated: August 4, 2005

Respectfully submitted,

E-SERVED 08/04/05 05:58 PM ET Baycol MDL 1431

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*

E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, Minerva Vasquez, certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss, supporting memorandum, proposed order, and exhibits were electronically filed and served to counsel of record via Verilaw on August 4, 2005.

/signature on file/