E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD/JGL) |
| This Document Relates to: | : | |
| | : | |
| *Otis Smithe, et al. v. Bayer Corp., et al.* | : | Case No. 01-2384 |
| | : | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants' Motion to Dismiss; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that Plaintiff Otis Smithe in the above-captioned action is dismissed without prejudice. The parties shall each bear their own costs.

DATED: ____________________

____________________________________
The Honorable Michael J. Davis
United States District Court