E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Otis Smithe, et al. v. Bayer Corp., et al.* | Case No. 01-2384 |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the Court should dismiss the lawsuit filed by Plaintiff Otis Smithe for failure to file the requisite motion for substitution of parties within the allotted 90-day time period.

Plaintiff Otis Smithe died on or about May 20, 2004. *See* Suggestion of Death, attached as Exhibit A. On August 12, 2004, plaintiff's counsel, John C. Martland, filed a Suggestion of Death under Rule 25. *Id.* The suit was not extinguished upon Smithe's death, but after 90 days, no motion had been made to substitute a representative for Smithe in this action.

Rule 25(a) of the Federal Rules of Civil Procedure governs the substitution of parties after death, and provides that after the death of a party, "the action does not abate. The death shall be suggested upon the record and the action shall proceed in favor of or against the surviving parties." Fed. R. Civ. P. 25(a)(2). Rule 25(a)(1) requires a "motion for substitution ... [to be] made not later than 90 days after the death is suggested upon the record by service of a statement of the fact of the death." The rule

E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

further provides that if the motion for substitution is not timely made, then the "action *shall be dismissed* as to the deceased party." *Id.* (emphasis added); *Kaubisch v. Weber*, 408 F.3d 540, 542 (8th Cir. 2005) (affirming district court's dismissal of complaint for failure to timely file motion to substitute parties under Rule 25).

On August 12, 2004, plaintiff's counsel, filed a Suggestion of Death under Rule 25 for Otis Smithe, triggering the 90-day time limit. *See* Ex. A; Fed. R. Civ. Pro. 25(a)(1). Nearly a year has passed since the filing of the Suggestion of Death, and no motion for substitution of parties has been filed within 90 days as required under Rule 25. For these reasons, Bayer requests that the Court dismiss the claims of Plaintiff Otis Smithe pursuant to Rule 25.

Dated: August 4, 2005

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation and Bayer AG*