E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

# Exhibit A

E-SERVED
08/04/05
05:58 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LIABILITY LITIGATION | : | MDL No. 1431 (MJD/JGL) |
| This Document relates to: | : | |
| **Otis Smithe, et al. v. Bayer Corp., et al** [D.Conn. No.301 CV 01579 AHN] | : | **Civil Action MDL 01-2384** |

## SUGGESTION OF DEATH

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned attorney for Plaintiff Otis Smithe hereby suggests upon the record that Plaintiff OTIS SMITHE died on May 20, 2004.

Respectfully submitted,

Dated: August 12, 2004

/s/ John C. Martland

John C. Martland, BBO # 322980
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
Tel: 781-231-7850
Fax: 781-231-7840