UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Otis Smithe, et al. v. Bayer Corp., et al.* | Case No. 01-2384 |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants' Motion to Dismiss; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that Plaintiff Otis Smithe in the above-captioned action is dismissed without prejudice. The parties shall each bear their own costs.

DATED: OCT 03 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
OCT 04 2005
U.S. DISTRICT COURT MPLS